UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**JOSEPH GUNDER,**
*on behalf of himself and others similarly situated*

    Plaintiff,

v.

**HUMANA, INC.**

    Defendant.
_____/

Civil Action No.:   25-cv-493

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: September 15, 2025

PLAINTIFF, on behalf of himself and others similarly situated,

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100