UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| **JOSEPH GUNDER, on behalf of himself and others similarly situated,** ) ) ) ) *Plaintiff* ) ) v. ) ) ) **HUMANA, INC.,** ) ) *Defendant* | Civil Action No. 1:25-cv-493 |

## AFFIDAVIT OF SERVICE

I, Brian Wright, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to HUMANA, INC. in Franklin County, KY on September 17, 2025 at 10:16 am at 306 W. MAIN ST, SUITE 512, FRANKFORT, KY 40601 by leaving the following documents with Amy King who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for HUMANA, INC..

Summons
Civil Cover Sheet
Complaint

White Female, est. age 45-54, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.19863,-84.87812
Photograph: See Exhibit 1


Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Fayette County_____,

__KY____ on __9/18/2025_____.

/s/ *Brian Wright*
_____
Signature
Brian Wright
+1 (859) 699-8183

Exhibit 1a)