# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

_____Ms. Tori L Guidry_____

whose address is_____400 Spectrum Center Dr Ste 1550_____

_____Irvine, CA 92618_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____19th_____ day of __October_____, ___2017___.

Given over my hand and the Seal of the Louisiana State Bar Association, this_____3rd_____

day of____October_____, ___2025_____.

_____
Executive Director
Louisiana State Bar Association