# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| JOSEPH GUNDER, on behalf of himself and others similarly situated, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00493 |
| HUMANA, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HUMANA, INC.

Date: 10/06/2025

/s/ Larry G. Evans
*Attorney's signature*

Larry G. Evans #8180-64
*Printed name and bar number*

Hoeppner Wagner & Evans LLP
103 Lincolnway
Valparaiso, IN 46383
*Address*

levans@hwelaw.com
*E-mail address*

(219) 464-4961
*Telephone number*

(219) 465-0603
*FAX number*