# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH GUNDER, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff | ) ) |
| | ) Case No. 1:25-cv-00493 |
| v. | ) ) |
| HUMANA, INC., | ) ) |
| Defendant | ) ) ) |

## N.D. IND. L.R. 6-1(b) NOTICE OF EXTENSION OF TIME

Defendant, HUMANA, INC., by counsel, files this Notice of Extension of Time to respond to Plaintiffs' Complaint pursuant to N.D. Ind. L.R. 6-1(b) and states as follows:

1. Plaintiff filed his Complaint on September 15, 2025.

2. Defendant was served with the Summons and Complaint on September 17, 2025.

3. Defendant's answer is due on or before October 8, 2025.

4. The new deadline for the responsive pleading will be Monday, November 24, 2025.

5. The deadline for filing a responsive pleading has not been previously extended.

6. Counsel for the Plaintiff has been contacted and consents to this extension.

Respectfully submitted,

**HOEPPNER WAGNER & EVANS LLP**

By: <u>*/s/ Larry G. Evans*</u>
   Larry G. Evans, Attorney #8180-64
  **HOEPPNER WAGNER & EVANS LLP**
  103 E. Lincolnway
  Valparaiso, IN 46383
  P: 219-464-4961
  F: 219-465-0603
  *Attorneys for Defendant Humana, Inc.*

## CERTIFICATE OF SERVICE

     I certify that on October 6, 2025, I electronically filed N.D. Ind. L.R. 6.1(a) Notice of Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Cassandra P. Miller  
Samuel J. Strauss (*pro hac vice forthcoming*)  
**STRAUSS BORRELLI PLLC**  
980 North Michigan Avenue, Suite 1610  
Chicago, IL 60611  

Anthony Paronich  
**PARONICH LAW, P.C.**  
350 Lincoln St., Suite 2400  
Hingham, MA 02043  

                                               */s/ Larry G. Evans*