(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Joseph Gunder

v.

Humana

Cause No. 1:25-cv-00493

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Humana

Party(s) Represented

Prefix (check one)  ☐ Mr.   ☒ Ms.   ☐ Mrs.

Last Name: Andres     First Name: Brittany     Middle Name/Initial: Ariana

Generation (Sr, Jr, etc):

Firm Name: Troutman Amin LLP
Street Address: 400 Spectrum Centre Drive     Suite/Room No.: 1550
City: Irvine     State: California     Zip: 92618
Office Telephone No.: (949) 350 3663     Fax No.: (949) 203-8689
E-Mail Address: Brittany@troutmanamin.com

**EDUCATION:**
College: University of Irvine     Degree: B.A. Psychology     Year Completed: 2016
Law School: Chapman University     Year Graduated: 2021
Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| California | 2021 | Active | 340856 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| USDC - California Eastern District | 2022 | Active |
| USDC - California Southern District | 2022 | Active |
| USDC - California Northern District | 2025 | Active |
| USDC - California Central District | 2022 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, **Brittany A. Andres**, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/01/2025

*Brittany A. Andres*
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 10/7/2025    s/Andrew L. Teel
                    Judge, U. S. District Court