(COURT USE ONLY)

RECEIPT NO. [                    ]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| Joseph Gunder |
|---|

v.

| Humana |
|---|

Cause No. | 1:25-cv-00493 |
|---|

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

| Humana |
|---|

Party(s) Represented

Prefix (check one) ☐ Mr.    ☒ Ms.    ☒ Mrs.

Last Name: | Guidry |    First Name: | Tori |    Middle Name/Initial | L |

Generation (Sr, Jr, etc): [      ]

Firm Name: | Troutman Amin, LLP |

Street Address: | 400 Spectrum Center Dr. |    Suite/Room No.: | 1550 |

City: | Irvine |    State: | CA |    Zip: | 92618 |

Office Telephone No.: | 949-350-3663 |    Fax No.: | 949-203-8689 |

E-Mail Address: | tori@troutmanamin.com |

**EDUCATION:**

College: | Louisiana State University |    Degree: | B.S. Economics |    Year Completed: | 2014 |

Law School: | Paul M. Hebert Law Center Louisiana State University |    Year Graduated: | 2017 |

Other Post-Graduate Schooling: | n/a |

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|-------|---------------|----------------|-----------------|
| LA | 2017 | Active | 37704 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|-------|---------------|----------------|
| Louisiana Eastern District | 2022 | Active |
|  |  |  |
|  |  |  |
|  |  |  |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?    ☐ Yes (If yes, please attach an  explanation)    ☒ No

Applicant:  I,  _____Tori L. Guidry_____ , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated:  _____10/3/2025_____

_____Tori Guidry_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: ___10/7/2025_____

___s/Andrew L. Teel_____
Judge, U. S. District Court

Revised 06/05/2013