(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

JOSEPH GUNDER

v.

HUMANA INC.

Cause No. 1:25-cv-00493

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

DEFENDANT, HUMANA INC.

Party(s) Represented

Prefix (check one): ☐ Mr.   ☒ Ms.   ☐ Mrs.

Last Name: AMIN   First Name: PUJA   Middle Name/Initial: J.

Generation (Sr, Jr, etc):

Firm Name: Troutman Amin, LLP

Street Address: 400 Spectrum Center   Suite/Room No.: Suite 1550

City: Irvine   State: CA   Zip: 92618

Office Telephone No.: (949) 350-3663   Fax No.: (214) 758-1550

E-Mail Address: puja@troutmanamin.com

**EDUCATION:**

College: UC Riverside   Degree: BS Business Administration   Year Completed: 2007

Law School: University of San Diego   Year Graduated: 2014

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| California | 2014 | Active | 299547 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| USDC - California Eastern District | 2022 | Active |
| USDC - California Southern District | 2017 | Active |
| USDC - California Central District | 2017 | Active |
| USDC - California Northern District | 2025 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, **Puja J. Amin**, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 12/2/2025

/s/ Puja J. Amin
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____                    _____
                                                                                      Judge, U. S. District Court