UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH GUNDER, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>HUMANA, INC.<br><br>     Defendant. | Case No.: 1:25-cv-00493-ALT<br><br>Honorable Magistrate<br>Judge Andrew L Teel<br><br>PLAINTIFF'S CERTIFICATE OF COMPLIANCE PURSUANT TO FED. R. CIV. P. 16(B) & 16(C) |

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE
PURSUANT TO FED. R. CIV. P. 16(B) & 16(C)**

  Plaintiff's counsel certifies that they have informed their client in writing of the estimated fees and expenses reasonably expected to be incurred in litigating this matter through trial as well as those reasonably expected to be incurred if resolved early through mediation.

            Date: December 3, 2025

            */s/ Cassandra P. Miller*
            Cassandra P. Miller
            **STRAUSS BORRELLI PLLC**
            980 North Michigan Avenue, Suite 1610
            Chicago, IL 60611
            Telephone: (872) 263-1100
            cmiller@straussborrelli.com

            Anthony Paronich
            **PARONICH LAW, P.C.**
            350 Lincoln St., Suite 2400
            Hingham, MA 02043
            Telephone: (617) 485-0018
            anthony@paronichlaw.com

            *Attorneys for Plaintiff and the Putative Class*

2

## **CERTIFICATE OF SERVICE**

    I, Cassandra P. Miller, hereby certify that on December 3, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

    DATED this 3rd day of December, 2025.

    Respectfully submitted,

    */s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
cmiller@straussborrelli.com