IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JOSEPH GUNDER**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**HUMANA INC.**,<br><br>Defendant. | Case No. 1:25-CV-00493-ALT |

### DEFENDANT HUMANA, INC.'S CERTIFICATE OF COMPLIANCE PURSUANT TO FED. R. CIV. P. 16(B) & 16(C)

Counsel for Defendant Humana Inc. certifies that they have informed their client in writing of the estimated fees and expenses reasonably expected to be incurred in litigating this matter through trial as well as those reasonably expected to be incurred if resolved early through mediation.

Dated: December 8, 2025              Respectfully submitted,

**HOEPPNER WAGNER & EVANS LLP**


By:   */s/ Larry G. Evans*
       Larry G. Evans, Attorney #8180-64
       **HOEPPNER WAGNER & EVANS LLP**
       103 E. Lincolnway
       Valparaiso, IN 46383
       P: 219-464-4961
       F: 219-465-0603
       *Attorneys for Defendant Humana, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 8, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                   */s/ Larry G. Evans*
                   Larry G. Evans, #8180-65

HOEPPNER WAGNER & EVANS LLP
103 E. Lincolnway
Valparaiso, IN 46383
(219) 464-4961
Facsimile: (219) 465-0603
Email: levans@hwelaw.com