UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **JOSEPH GUNDER**, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**HUMANA, INC.**,<br><br>　　　　　　Defendant.<br>　　　　　　　． | Case No.: 1:25-cv-00493-ALT<br><br>Honorable Magistrate Judge<br>Andrew L. Teel |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY

Plaintiff Joseph Gunder respectfully submits this Response to Defendant Humana Inc.'s Motion to Stay Discovery (ECF No. 14). Defendant's Motion to Stay should be denied as moot because Plaintiff has now filed an Amended Complaint as a matter of course under Rule 15(a)(1)(B), which moots the very motions on which Humana's request for a stay relies. In support, Plaintiff states as follows:

Defendant's Motion to Stay argues that discovery should be halted pending resolution of its Motion to Dismiss and Motion to Strike Class Allegations. See ECF No. 14. However, earlier today on December 8, 2025, Plaintiff filed an Amended Complaint pursuant to Rule 15(a)(1)(B). Under well-established Seventh Circuit precedent, the filing of an amended complaint moots a motion to dismiss directed at the prior pleading because "an amended complaint supersedes the original." *See Duda v. Bd. of Educ.*, 133 F.3d 1054, 1057 (7th Cir. 1998); *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008) ("When an amended complaint is filed, the prior pleading is withdrawn and the amended pleading is controlling.")

Accordingly, Humana's Motion to Dismiss and Motion to Strike—both directed at a

superseded complaint—are now moot. Because the Motion to Stay was expressly predicated on the pendency of those motions, and Defendant has identified no independent basis for a stay, the Motion to Stay is likewise moot. With no pending dispositive motion on which a stay could be justified, a stay serves no purpose and only delays the progress of the case.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendant's Motion to Stay Discovery as moot.

Date: December 8, 2025

Respectfully submitted,

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*/s/ Anthony Paronich*
Anthony Paronich (pro hac vice anticipated)
**PARONICH LAW PC**
350 Lincoln St. Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on December 8, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 8th day of December, 2025.

Respectfully submitted,

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com