IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JOSEPH GUNDER**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**HUMANA INC.**,<br><br>Defendant. | Case No. 1:25-CV-00493-ALT |

**DEFENDANT HUMANA, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Humana Inc. hereby certifies that it is a non-governmental corporate party that has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: December 9, 2025          Respectfully submitted,

                                        **HOEPPNER WAGNER & EVANS LLP**

                                        By:  */s/ Larry G. Evans*
                                              Larry G. Evans, Attorney #8180-64
                                              **HOEPPNER WAGNER & EVANS LLP**
                                              103 E. Lincolnway
                                              Valparaiso, IN 46383
                                              P: 219-464-4961
                                              F: 219-465-0603
                                              *Attorneys for Defendant Humana, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 9, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                */s/ Larry G. Evans*
                Larry G. Evans, #8180-65

HOEPPNER WAGNER & EVANS LLP
103 E. Lincolnway
Valparaiso, IN 46383
(219) 464-4961
Facsimile: (219) 465-0603
Email: levans@hwelaw.com