IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JOSEPH GUNDER**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**HUMANA INC.**,<br><br>Defendant. | Case No. 1:25-CV-00493-ALT |

## NOTICE OF SETTLEMENT

Plaintiff Joseph Gunder hereby gives notice that Plaintiff and Defendant Humana Inc. (together, the "Parties") have reached a settlement in the above-captioned matter. Accordingly, the Parties respectfully request that this Court vacate all upcoming deadlines and allow thirty (30) days for Plaintiff to file a Notice of Dismissal.

Dated: December 10, 2025

Respectfully submitted,

**HOEPPNER WAGNER & EVANS LLP**

By: */s/ Larry G. Evans*
Larry G. Evans, Attorney #8180-64
**HOEPPNER WAGNER & EVANS LLP**
103 E. Lincolnway
Valparaiso, IN 46383
P: 219-464-4961
F: 219-465-0603
*Attorneys for Defendant Humana, Inc.*

Dated: December 10, 2025

        By:   */s/ Anthony Paronich*
               Anthony Paronich (*pro hac vice*)
               PARONICH LAW PC
               350 Lincoln St. Suite 2400
               Hingham, MA 02043
               Telephone: (617) 485-0018
               anthony@paronichlaw.com

               Cassandra P. Miller
               STRAUSS BORRELLI PLLC
               980 N Michigan Ave Ste 1610
               Chicago, IL 60611
               Telephone: (872) 263-1100
               Facsimile: (872) 263-1109
               cmiller@straussborrelli.com
               *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 10, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                 */s/ Larry G. Evans*
                 Larry G. Evans, #8180-65

HOEPPNER WAGNER & EVANS LLP
103 E. Lincolnway
Valparaiso, IN 46383
(219) 464-4961
Facsimile: (219) 465-0603
Email: levans@hwelaw.com