IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JOSEPH GUNDER**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**HUMANA INC.**,<br><br>Defendant. | Case No. 1:25-CV-00493-ALT |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE A NOTICE OF DISMISSAL**

Plaintiff Joseph Gunder ("Plaintiff") and Defendant Humana Inc. (together, the "Parties") respectfully request that this Court allow an additional (15) days for Plaintiff to a file a Notice of Dismissal—as the Parties are still finalizing the terms of the settlement agreement.

///

Dated:  January 13, 2026    Respectfully submitted,

/s/ *Anthony Paronich*
Anthony Paronich (*pro hac vice*)
PARONICH LAW PC
350 Lincoln St. Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

/s/ *Cassandra P. Miller*
Cassandra P. Miller
STRAUSS BORRELLI PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
*Counsel for Plaintiff*

/s/ *Larry G. Evans*
Larry G. Evans, Attorney #8180-64
**HOEPPNER WAGNER & EVANS  LLP**
103 E. Lincolnway
Valparaiso, IN 46383
P: 219-464-4961
F: 219-465-0603
levans@hwelaw.com
*Counsel for Defendant Humana, Inc.*

/s/ *Tori L. Guidry*
Tori L. Guidry (pro hac vice)
TROUTMAN AMIN, LLP
Louisiana Bar No. 37704
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: (985) 688-3307
Facsimile: (214) 758-1550
tori@troutmanamin.com
*Counsel for Defendant Humana, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on **January 13, 2026**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Larry G. Evans*
Larry G. Evans, #8180-65

HOEPPNER WAGNER & EVANS LLP
103 E. Lincolnway
Valparaiso, IN 46383
(219) 464-4961
Facsimile: (219) 465-0603
Email: levans@hwelaw.com