UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**JOSEPH GUNDER,**
*on behalf of himself and others similarly situated*

Civil Action No.:   25-cv-493

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

**HUMANA, INC.**

Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

DATED this 27th day of January, 2026

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, Esq.

PARONICH LAW, P.C.
Anthony I. Paronich, Esq.
*Counsel for Plaintiff*

350 Lincoln Street, Suite 2400
Hingham, MA 02043.
(508) 221-1510
anthony@paronichlaw.com